BARSHAY SANDERS, PLLC
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 111501
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Brian C. Bogart and Lawrence Fascella, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

Allied Interstate LLC,

Defendant.

Docket No: 2:17-cv-01798-JFB-GRB

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: May 30, 2017

*The Clerk of the Court shall close the case.*

SO ORDERED
/Joseph F. Bianco
USDJ
Date: May 31, 2017
Central Islip, N.Y.

BARSHAY SANDERS, PLLC

By: /s *Craig B. Sanders*
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 111501
*Attorneys for Plaintiff*